\* 5 0 0 8 3 0 9 8 \*
FILED
6/1/2021 12:21 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
13520377

FILED DATE: 6/1/2021 12:21 PM 2021L005591

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| CLEON SHUMAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2021L005591 |
| | ) |
| LYFT, INC.; LYFT ILLINOIS, INC.; and | ) |
| ROBERT LEWIS | ) |
| | ) |
| Defendants, | ) |
| | ) |

## COMPLAINT AT LAW

Plaintiff CLEON SHUMAKER, through his attorneys WHITESIDE & GOLDBERG, LTD., and for his Complaint against Defendants [LYFT, INC.; LYFT ILLINOIS, INC.; and ROBERT LEWIS] states:

### COUNT I – Negligence of Lyft

1. Because certain information is unavailable to Plaintiff at the time of filing, certain matters are plead in the alternative pursuant to Section 2-613 of the Illinois Code of Civil Procedure.

2. Defendant LYFT, INC. (hereinafter "Lyft Inc") does business in Cook County, Illinois.

3. Defendant LYFT ILLINOIS, INC (hereinafter "Lyft Illinois") is an Illinois corporation residing in, and doing business in, Cook County, Illinois.

4. Defendant ROBERT LEWIS (hereinafter "Lewis") is a Cook County resident.

5. On November 20, 2019, while in the course and scope of his employment with CTA, Plaintiff CLEON SHUMAKER (hereinafter Plaintiff) was operating a CTA bus in the

1

Exhibit A

vicinity of 5100 S. Cicero Ave., Chicago (Cook County), Illinois.

6. At the same time and place outlined in paragraph 5, "Lewis" was operating his vehicle as an agent of, and/or on behalf of, "Lyft Inc.".

7. At the same time and place outlined in paragraph 5, "Lewis" was operating his vehicle as an agent of, and/or on behalf of, "Lyft Illinois.".

8. On and prior to November 20, 2019, "Lyft Inc." and "Lyft Illinois" had duties to exercise ordinary care for Plaintiff's safety, and also had duties to only enter into agreements with safe drivers.

9. On November 20, 2019, while "Lewis" was operating his vehicle at the time and place outlined in paragraph 5, "Lyft Inc" and "Lyft Illinois" negligently breached its duties by:

a) Moving his vehicle outside his traffic lane when he could not safely do so, violating Section 11-709 of the Illinois Vehicle Code.

b) Improperly attempting to pass the CTA bus Plaintiff was operating, violating Section 11-703 of the Illinois Vehicle Code.

c) Following the CTA bus (which Plaintiff was operating) too closely, violating Section 11-710 of the Illinois Vehicle Code.

d) Negligently operating his vehicle in close proximity to a CTA bus.

e) Failing to keep a proper lookout.

f) Failing to stop or change speed or direction to avoid colliding with the CTA bus Plaintiff was operating.

g) Failing to keep his vehicle, and/or his vehicle's equipment, under proper control and/or working order.

10. On November 20, 2019, as a proximate result of one or more of the aforementioned negligent acts or omissions outlined above, "Lewis" crashed his vehicle into the CTA bus which Plaintiff was operating, and as a further proximate result, Plaintiff sustained serious and permanent injuries, and incurred economic and non-economic damages, including pain & suffering,



\* 5 0 0 8 3 0 9 8 \*

disfigurement, disability, loss of normal life, lost earnings, lost employment opportunities, and distress.

11. "Lyft Inc" and "Lyft Illinois" are vicariously liable for the negligence (outlined above) of "Lewis".

WHEREFORE, Plaintiff CLEON SHUMAKER prays for judgment in his favor and against Defendants LYFT, INC. and LYFT ILLINOIS, INC. in an amount which a Judge/Jury considers fair and reasonable, but in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and costs.

### COUNT II – Negligence of Lewis

12. Because certain information is unavailable to Plaintiff at the time of filing, certain matters are plead in the alternative pursuant to Section 2-613 of the Illinois Code of Civil Procedure.

13. Defendant ROBERT LEWIS (hereinafter "Lewis") is a Cook County resident.

14. On November 20, 2019, while in the course and scope of his employment with CTA, Plaintiff CLEON SHUMAKER (hereinafter Plaintiff) was operating a CTA bus in the vicinity of 5100 S. Cicero Ave., Chicago (Cook County), Illinois.

15. At the same time and place outlined in paragraph 14, "Lewis" was operating his vehicle as an agent of, and/or on behalf of, "Lyft Inc.".

16. At the same time and place outlined in paragraph 14, "Lewis" was operating his vehicle as an agent of, and/or on behalf of, "Lyft Illinois.".

17. On and prior to November 20, 2019, "Lewis" had a duty to exercise ordinary care for Plaintiff's safety.

18. On November 20, 2019, while "Lewis" was operating his vehicle at the time and

place outlined in paragraph 14, he negligently breached its duties by:

    a) Moving his vehicle outside his traffic lane when he could not safely do so, violating Section 11-709 of the Illinois Vehicle Code.

    b) Improperly attempting to pass the CTA bus which Plaintiff was operating, violating Section 11-703 of the Illinois Vehicle Code.

    c) Following the CTA bus (which Plaintiff was operating) too closely, violating Section 11-710 of the Illinois Vehicle Code.

    d) Negligently operating his vehicle in close proximity to a CTA bus.

    e) Failing to keep a proper lookout.

    f) Failing to stop or change speed or direction to avoid colliding with the CTA bus which Plaintiff was operating.

    g) Failing to keep his vehicle, and/or his vehicle's equipment, under proper control and/or working order.

19. On November 20, 2019, as a proximate result of one or more of the aforementioned negligent acts or omissions outlined above, "Lewis" crashed his vehicle into the CTA bus which Plaintiff was operating, and as a further proximate result, Plaintiff sustained serious and permanent injuries, and incurred economic and non-economic damages, including pain & suffering, disfigurement, disability, loss of normal life, lost earnings, lost employment opportunities, and distress.

WHEREFORE, Plaintiff CLEON SHUMAKER prays for judgment in his favor and against Defendant ROBERT LEWIS in an amount which a Judge/Jury considers fair and reasonable, but in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and costs.

                                                                          Respectfully submitted,



\* 5 0 0 8 3 0 9 8 \*

                        WHITESIDE & GOLDBERG, LTD.

          By:    /s/Bryan O'Connor_____
                  Bryan O'Connor
                  One of the Attorneys for Plaintiff

WHITESIDE & GOLDBERG, LTD.
155 N Michigan Ave, Suite 540
Chicago, IL 60601
Phone: (312) 334-6875
boconnor@wglawgroup.com
Firm No.: 47510



# Service of Process Transmittal
06/17/2021
CT Log Number

**TO:** Lyft, Inc.
185 BERRY ST STE 5000
SAN FRANCISCO, CA 94107-2503

**RE:** Process Served in Illinois

**FOR:** Lyft, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | CLEON SHUMAKER, PLTF. vs. LYFT, INC., ET AL., DFTS. |
| **DOCUMENT(S) SERVED:** | Summons(es), Attachment(s), Complaint |
| **COURT/AGENCY:** | Cook County Circuit Court, IL<br>Case # 2021L005591 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 11/20/2019 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/17/2021 at 03:35 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this summons, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Bryan O'Connor<br>WHITESIDE & GOLDBERG, LTD.<br>155 N Michigan Ave, Suite 540<br>Chicago, IL 60601<br>312-334-6875 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: Expected Purge Date:<br><br>Image SOP<br>Email Notification,<br>Email Notification,<br>Email Notification,<br>Email Notification,<br>Email Notification,<br>Email Notification,<br>Email Notification, |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System |

Page 1 of 2 / KN



**Exhibit B**

FILED
6/30/2021 11:05 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L005591

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| CLEON SHUMAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 21 L 5591 |
| | ) |
| LYFT, INC.; LYFT ILLINOIS, INC.; and | ) |
| ROBERT LEWIS | ) |
| | ) |
| Defendants, | ) |
| | ) |

**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS
DEFENDANT ROBERT LEWIS WITHOUT PREJUDICE**

Plaintiff, through his attorneys, WHITESIDE & GOLDBERG, LTD., moves to voluntarily dismiss, without prejudice, Defendant ROBERT LEWIS, who filed bankruptcy subsequent to the accrual of Plaintiff's cause of action (see Ex. A). Therefore, pursuant to federal bankruptcy law, Plaintiff moves to voluntarily dismiss Defendant ROBERT LEWIS, but the dismissal should be without prejudice, and most importantly, with a specific finding that the dismissal order is not an adjudication on the merits.

WHEREFORE, Plaintiff moves for an order in accordance with this motion.

Respectfully submitted,
WHITESIDE & GOLDBERG

Bryan O'Connor

WHITESIDE & GOLDBERG, LTD.
155 N. Michigan Ave., Suite 540
Chicago, IL 60601
312-334-6875
boconnor@wglwgroup.com
Atty Code #47510

**PLAINTIFF'S EXHIBIT A**

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Robert H Lewis** | Social Security number or ITIN |
| | First Name   Middle Name   Last Name | EIN __ - _____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN |
| | | EIN __ - _____ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **20-17705**

## Order of Discharge                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert H Lewis

January 5, 2021                    For the court: <u>Jeffrey P. Allsteadt, Clerk</u>
                                                  United States Bankruptcy Court

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

**Exhibit C**

Official Form 318                    **Order of Discharge**                    page 1

FILED DATE: 6/30/2021 11:05 AM   2021L005591

FILED DATE: 6/30/2021 11:05 AM   2021L005591

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

6/23/21 10:21AM

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert H Lewis** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number  20-17705
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ■ No. Go to Part 2.

   ☐ Yes

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| 4.1 | **Attorney Whiteside Goldberg** | Last 4 digits of account number ████ | **Total claim** ████ |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | 155 N. Michigan Ave #540<br>Re: Progressive Ins<br>Chicago, IL 60601 | When was the debt incurred? 2020 | |
| | Number Street City State Zip Code | | |
| | Who incurred the debt? Check one. | As of the date you file, the claim is: Check all that apply | |

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **RE: Cleon Shumaker Vehicle Accident**

---

FILED DATE: 6/30/2021 11:05 AM  2021L005591

FILED DATE: 6/30/2021 11:05 AM 2021L005591



| 2120 - Served | 2121 - Served | 2620 - Sec. of State 2220 |
| - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (12/01/20) CCG 0001 A |

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties
CLEON SHUMAKER

Plaintiff(s)

v.

LYFT, INC.; LYFT ILLINOIS, INC. and
ROBERT H. LEWIS

Defendant(s)

Case No. 2021L005591

Address of Defendant(s)

Please serve as follows (check one): ○ Certified Mail   ○ Sheriff Service   X Special Process Server

### SUMMONS

To each Defendant: Robert H. Lewis: 540 Circle Ave., Apt. 1, Forest Park, IL 60130

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE.** You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3

FILED DATE: 6/30/2021 11:05 AM 2021L005591
FILED DATE: 6/1/2021 12:25 PM 2021L005591

Summons - Alias Summons



E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE** for information regarding **COURT DATES** by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on **Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

_x_ Atty. No.: 47510
___ Pro Se 99500

Name: Bryan J. O'Connor

Atty. for (if applicable): Cleon Shumaker

Address: 155 N. Michigan Avenue, Suite 540

City: Chicago

State: IL   Zip: 60601

Telephone: (312) 334-6875

Primary Email: boconnor@svglawgroup.com

Witness date _____

6/1/2021 12:21 PM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

[ ] Service by Certified Mail

[ ] Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3



Office of the Secretary of State Jesse White
CYBERDRIVEILLINOIS.COM

# Corporation/LLC Search/Certificate of Good Standing

## Corporation File Detail Report

| | |
|---|---|
| File Number | 69753604 |
| Entity Name | LYFT, INC. |
| Foreign Assumed Name | LYFT ILLINOIS, INC. |
| Status | ACTIVE |

### Entity Information

**Entity Type**
CORPORATION

**Type of Corp**
FOREIGN BCA

**Qualification Date (Foreign)**
Thursday, 16 October 2014

**State**
DELAWARE

**Duration Date**
PERPETUAL

### Agent Information

**Exhibit D**

Name
C T CORPORATION SYSTEM

Address
208 SO LASALLE ST, SUITE 814
CHICAGO , IL 60604

Change Date
Wednesday, 20 September 2017

## Annual Report

Filing Date
Tuesday, 20 October 2020

For Year
2020

## Officers

President
Name & Address
JOHN ZIMMER 185 BERRY ST STE 5000 SAN FRANCISCO CA 94107

Secretary
Name & Address
KRISTIN SVERCHEK 185 BERRY ST #5000 SAN FRANCISCO CA 94107

Return to Search

File Annual Report
Adopting Assumed Name
Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.    Tue Aug 10 2021

https://apps.ilsos.gov/corporatellc/CorporateLlcController    2/2



Office of the Secretary of State Jesse White
CYBERDRIVEILLINOIS.COM

# Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| | |
|---|---|
| File Number | 69753604 |
| Entity Name | LYFT, INC. |
| Foreign Assumed Name | LYFT ILLINOIS, INC. |
| Status | ACTIVE |

## Entity Information

**Entity Type**
CORPORATION

**Type of Corp**
FOREIGN BCA

**Qualification Date (Foreign)**
Thursday, 16 October 2014

**State**
DELAWARE

**Duration Date**
PERPETUAL

## Agent Information

**Exhibit E**

| | |
|---|---|
| **Name** | |
| C T CORPORATION SYSTEM | |

| | |
|---|---|
| **Address** | |
| 208 SO LASALLE ST, SUITE 814 | |
| CHICAGO , IL 60604 | |

| | |
|---|---|
| **Change Date** | |
| Wednesday, 20 September 2017 | |

## Annual Report

| | |
|---|---|
| **Filing Date** | |
| Tuesday, 20 October 2020 | |

| | |
|---|---|
| **For Year** | |
| 2020 | |

## Officers

| | |
|---|---|
| **President** | |
| Name & Address | |
| JOHN ZIMMER 185 BERRY ST STE 5000 SAN FRANCISCO CA 94107 | |

| | |
|---|---|
| **Secretary** | |
| Name & Address | |
| KRISTIN SVERCHEK 185 BERRY ST #5000 SAN FRANCISCO CA 94107 | |

Return to Search

File Annual Report

Adopting Assumed Name

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.  Tue Aug 10 2021

https://apps.ilsos.gov/corporatellc/CorporateLlcController  2/2