UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CLEON SHUMAKER | ) | |
| | ) | Hon. Judge Dow |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 21-cv-04267 |
| | ) | |
| LYFT, INC. and LYFT ILLINOIS, INC. | ) | |
| | ) | |
| Defendants, | ) | |

**PLAINTIFF'S F.R.C.P. 36 REQUEST TO ADMIT TO DEFENDANT LYFT**

- The terms "you" and "your" includes Lyft, Inc. and all its parent, subsidiary, or affiliate companies, including all owners, officers, agents, employees, and representatives of Lyft, Inc. [*and its parents, subsidiaries, or affiliated companies]* and includes all persons acting on "your" behalf or at "your" direction or in conjunction with "you". "You" and "your" also includes the insurance company(ies) providing liability insurance coverage for "you" regarding the occurrence that is the subject of this lawsuit, and also includes the Third-Party Administrator(s) working on behalf of (or pursuant to an agreement with) "you" or the aforementioned insurance company regarding the occurrence that is the subject of this litigation. **IF YOU DENY CONTROL OVER SAID INSURANCE COMPANY(IES) or THIRD-PARTY ADMINISTRATOR(S), THEN SO ADVISE IN WRITING AND PLAINTIFF WILL SUBPOENA THEM DIRECTLY.**

- The term "recorded communication" includes any communication recorded/captured by any recording device (system) or electronic device (system), including but not limited to video, text, email, audio, computer, phone, or digital.

1. Regarding the occurrence that is the subject of this lawsuit and/or regarding Cleon Shumaker, "you" had a "recorded communication" with Robert Lewis.

**ANSWER:**

2. Regarding the occurrence that is the subject of this lawsuit and/or regarding Cleon Shumaker, "you" had a "recorded communication" with Prahlad Rao.

**ANSWER:**

3. Regarding the occurrence that is the subject of this lawsuit and/or regarding Cleon Shumaker, "you" had a "recorded communication" with Saraswathi Rao.

**ANSWER:**

4. In addition to the attached documents, there was a communication between "you" and

Robert Lewis which was transcribed, written, typed, emailed, texted, or summarized.

**ANSWER:**

5. In addition to the attached documents, there was a communication between "you" and Prahlad Rao which was transcribed, written, typed, emailed, texted, or summarized.

**ANSWER:**

6. In addition to the attached documents, there was a communication between "you" and Prahlad Rao which was transcribed, written, typed, emailed, texted, or summarized.

**ANSWER**:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CLEON SHUMAKER | ) | |
| | ) | Hon. Judge Dow |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 21-cv-04267 |
| | ) | |
| LYFT, INC. and LYFT ILLINOIS, INC. | ) | |
| | ) | |
| Defendants, | ) | |

**CERTIFICATE OF SERVICE**

TO: See attached Service List

I certify that, on the 25th day of JULY, 2022, I electronically filed **Plaintiff's F.R.C.P.36 to Defendant Lyft** with the Clerk of the Northern District of Illinois using the CM/ECF System (Next Gen) which will send notification of such filing to the attorneys listed on the attached Service List. On July 25, 2022, I also emailed the aforementioned document to the persons listed on the Service List.

/s/Bryan J. O'Connor
Bryan O'Connor, ARDC #6285062
One of the Attorneys for Plaintiff

WHITESIDE & GOLDBERG, LTD.
155 N Michigan Ave, Suite 540
Chicago, IL 60601
Phone: (312) 334-6875
boconnor@wglawgroup.com

**Service List**

***Shumaker v Lyft, et. al. (21 cv 04267)***

**Defendants - Lyft, Inc.; and Lyft, Illinois, Inc.**

James Maruna
CASSIDAY SCHADE LLP
222 W. Adams St., #2900
Chicago, IL 60606
jmaruna@cassiday.com

**Defendant - Robert Lewis**

Jeffrey S. Greenbaum and Michael P. Stauder
CHILTON YAMBERT PORTER LLP
303 West Madison Street, Suite 2300
Chicago, Illinois 60606
jgreenbaum@cyp-law.com
mstauder@cyp-law.com