<pre>
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
</pre>

| CLEON SHUMAKER | ) | |
|---|---|---|
| | ) | Hon. Judge Dow |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 21-cv-04267 |
| | ) | |
| LYFT, INC. and LYFT ILLINOIS, INC. | ) | |
| | ) | |
| Defendants, | ) | |

## PLAINTIFF'S F.R.C.P. 36 REQUEST TO ADMIT TO DEFENDANT

The terms Lyft, "you" and "your" includes Lyft, Inc. and all its parent, subsidiary, or affiliate companies, including all owners, officers, agents, employees, and representatives of Lyft, Inc. [*and its parents, subsidiaries, or affiliated companies*] and includes all persons acting on "your" behalf or at "your" direction or in conjunction with "you".

1a  Ex. 21 [Lyft Terms of Service] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

1b  The information and data contained in Ex. 21 [Lyft Terms of Service] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

1c  As of November 20, 2019, and as part of its regularly conducted business, Lyft maintained control over the data and information contained in Ex. 21 [Lyft Terms of Service].

**ANSWER:**

1d  Ex. 21 [Lyft Terms of Service] was in effect on November 20, 2019.

**ANSWER:**

1e  The policies and conditions contained in Ex. 21 [Lyft Terms of Service] were in effect on November 21, 2019.

**ANSWER:**

2a  Ex. 22 [Lyft Driver Addendum] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

2b  The information and data contained in Ex. 22 [Lyft Driver Addendum] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

2c  As of November 20, 2019, and as part of its regularly conducted business, Lyft maintained control over the data and information contained in Ex. 22 [Lyft Driver Addendum].

**ANSWER:**

2d  Ex. 22 [Lyft Driver Addendum] was in effect on November 20, 2019.

**ANSWER:**

2e  The policies and conditions contained in Ex. 22 [Lyft Driver Addendum] were in effect on November 21, 2019.

**ANSWER:**

3a  Ex. 24 [Lyft – Safety policies] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

3b  The information and data contained in Ex. 24 [Lyft – Safety policies] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

3c  As of November 20, 2019, and as part of its regularly conducted business, Lyft maintained control over the data and information contained in Ex. 24 [Lyft – Safety policies].

**ANSWER:**

3d  Ex. 24 [Lyft – Safety policies] was in effect on November 20, 2019.

**ANSWER:**

3e  The policies and conditions contained in Ex. 24 [Lyft – Safety policies] were in effect on November 21, 2019.

**ANSWER:**

4a  Ex. 25 [Lyft – Keeping passengers safe] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

4b  The information and data contained in Ex. 25 [Lyft – Keeping passengers safe] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

4c  As of November 20, 2019, and as part of its regularly conducted business, Lyft maintained control over the data and information contained in Ex. 25 [Lyft – Keeping passengers safe].

**ANSWER:**

4d  Ex. 25 [Lyft – Keeping passengers safe] was in effect on November 20, 2019.

**ANSWER:**

4e  The policies and conditions contained in Ex. 25 [Lyft – Keeping passengers safe] were in effect on November 21, 2019.

**ANSWER:**

5a  Ex. 26 [Lyft – Service Animal Policy] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

5b  The information and data contained in Ex. 26 [Lyft – Service Animal Policy] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

5c  As of November 20, 2019, and as part of its regularly conducted business, Lyft maintained control over the data and information contained in Ex. 26 [Lyft – Service Animal Policy].

**ANSWER:**

5d  Ex. 26 [Lyft – Service Animal Policy] was in effect on November 20, 2019.

**ANSWER:**

5e  The policies and conditions contained in Ex. 26 [Lyft – Service Animal Policy] were in effect on November 21, 2019.

**ANSWER:**

6a  Ex. 27 [Lyft – Pet Policy (Non-Service Animals)] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

6b  The information and data contained in Ex. 27 [Lyft – Pet Policy (Non-Service Animals)] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

6c  As of November 20, 2019, and as part of its regularly conducted business, Lyft maintained control over the data and information contained in Ex. 27 [Lyft – Pet Policy (Non-Service Animals)].

**ANSWER:**

6d  Ex. 27 [Lyft – Pet Policy (Non-Service Animals)] was in effect on November 20, 2019.

**ANSWER:**

6e  The policies and conditions contained in Ex. 27 [Lyft – Pet Policy (Non-Service Animals)] were in effect on November 21, 2019.

**ANSWER:**

7a  Ex. 28 [Lyft – Driver and passenger ratings] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

7b  The information and data contained in Ex. 28 [Lyft – Driver and passenger ratings] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

7c  As of November 20, 2019, and as part of its regularly conducted business, Lyft maintained control over the data and information contained in Ex. 28 [Lyft – Driver and passenger ratings].

**ANSWER:**

7d  Ex. 28 [Lyft – Driver and passenger ratings] was in effect on November 20, 2019.

**ANSWER:**

7e  The policies and conditions contained in Ex. 28 [Lyft – Driver and passenger ratings] were in effect on November 21, 2019.

**ANSWER:**

8a  Ex. 29 [Lyft – Driver requirements] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

8b  The information and data contained in Ex. 29 [Lyft – Driver requirements] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

8c  As of November 20, 2019, and as part of its regularly conducted business, Lyft maintained control over the data and information contained in Ex. 29 [Lyft – Driver requirements].

**ANSWER:**

8d  Ex. 29 [Lyft – Driver requirements] was in effect on November 20, 2019.

**ANSWER:**

8e  The policies and conditions contained in Ex. 29 [Lyft – Driver requirements] were in effect on November 21, 2019.

**ANSWER:**

9a  Ex. 30 [Lyft – It pays (a lot) to drive right now] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

9b  The information and data contained in Ex. 30 [Lyft – It pays (a lot) to drive right now] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

9c  As of November 20, 2019, and as part of its regularly conducted business, Lyft maintained control over the data and information contained in Ex. 30 [Lyft – It pays (a lot) to drive right now].

**ANSWER:**

9d  Ex. 30 [Lyft – It pays (a lot) to drive right now] was in effect on November 20, 2019.

**ANSWER:**

9e  The policies and conditions contained in Ex. 30 [Lyft – It pays (a lot) to drive right now] were in effect on November 21, 2019.

**ANSWER:**

10a  Ex. 31 [Lyft – Express Drive] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

10b  The information and data contained in Ex. 31 [Lyft – Express Drive] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

10c  As of November 20, 2019, and as part of its regularly conducted business, Lyft maintained control over the data and information contained in Ex. 31 [Lyft – Express Drive].

**ANSWER:**

10d  Ex. 31 [Lyft – Express Drive] was in effect on November 20, 2019.

**ANSWER:**

10e  The policies and conditions contained in Ex. 31 [Lyft – Express Drive] were in effect on November 21, 2019.

**ANSWER:**

11a Ex. 32 [Lyft: Driver's Guide to Pay – Driver Earnings] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

11b The information and data contained in Ex. 32 [Lyft: Driver's Guide to Pay – Driver Earnings] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

11c As of November 20, 2019, and as part of its regularly conducted business, Lyft maintained control over the data and information contained in Ex. 32 [Lyft: Driver's Guide to Pay – Driver Earnings].

**ANSWER:**

11d Ex. 32 [Lyft: Driver's Guide to Pay – Driver Earnings] was in effect on November 20, 2019.

**ANSWER:**

11e The policies and conditions contained in Ex. 32 [Lyft: Driver's Guide to Pay – Driver Earnings] were in effect on November 21, 2019.

**ANSWER:**

12a Ex. 34 [Lyft Driver Rewards – Terms & Conditions] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

12b The information and data contained in Ex. 34 [Lyft Driver Rewards – Terms & Conditions] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

12c As of November 20, 2019, and as part of its regularly conducted business, Lyft maintained control over the data and information contained in Ex. 34 [Lyft Driver Rewards – Terms & Conditions].

**ANSWER:**

12d Ex. 34 [Lyft Driver Rewards – Terms & Conditions] was in effect on November 20, 2019.

**ANSWER:**

12e The policies and conditions contained in Ex. 34 [Lyft Driver Rewards – Terms & Conditions] were in effect on November 21, 2019.

**ANSWER:**

13a Ex. 35 [Lyft Rewards – Get more from your drive] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

13b The information and data contained in Ex. 35 [Lyft Rewards – Get more from your drive] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

13c As of November 20, 2019, and as part of its regularly conducted business, Lyft maintained control over the data and information contained in Ex. 35 [Lyft Rewards – Get more from your drive].

**ANSWER:**

13d Ex. 35 [Lyft Rewards – Get more from your drive] was in effect on November 20, 2019.

**ANSWER:**

13e The policies and conditions contained in Ex. 35 [Lyft Rewards – Get more from your drive] were in effect on November 21, 2019.

**ANSWER:**

14a Ex. 36 [Lyft Direct Rewards] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

14b The information and data contained in Ex. 36 [Lyft Direct Rewards] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

14c As of November 20, 2019, and as part of its regularly conducted business, Lyft maintained control over the data and information contained in Ex. 36 [Lyft Direct Rewards].

**ANSWER:**

    14d  Ex. 36 [Lyft Direct Rewards] was in effect on November 20, 2019.

**ANSWER:**

    14e  The policies and conditions contained in Ex. 36 [Lyft Direct Rewards] were in effect on November 21, 2019.

**ANSWER:**

    15a  Ex. 37 [Lyft Ride Streaks] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

    15b  The information and data contained in Ex. 37 [Lyft Ride Streaks] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

    15c  As of November 20, 2019, and as part of its regularly conducted business, Lyft maintained control over the data and information contained in Ex. 37 [Lyft Ride Streaks].

**ANSWER:**

    15d  Ex. 37 [Lyft Ride Streaks] was in effect on November 20, 2019.

**ANSWER:**

    15e  The policies and conditions contained in Ex. 37 [Lyft Ride Streaks] were in effect on November 21, 2019.

**ANSWER:**

    16a  Ex. 38 [Lyft Earnings Guarantee promotions] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

    16b  The information and data contained in Ex. 38 [Lyft Earnings Guarantee promotions] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

16c  As of November 20, 2019, and as part of its regularly conducted business, Lyft maintained control over the data and information contained in Ex. 38 [Lyft Earnings Guarantee promotions].

**ANSWER:**

16d  Ex. 38 [Lyft Earnings Guarantee promotions] was in effect on November 20, 2019.

**ANSWER:**

16e  The policies and conditions contained in Ex. 38 [Lyft Earnings Guarantee promotions] were in effect on November 21, 2019.

**ANSWER:**

17a  Ex. 39 [Lyft – The driver's guide to bonuses] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

17b  The information and data contained in Ex. 39 [Lyft – The driver's guide to bonuses] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

17c  As of November 20, 2019, and as part of its regularly conducted business, Lyft maintained control over the data and information contained in Ex. 39 [Lyft – The driver's guide to bonuses].

**ANSWER:**

17d  Ex. 39 [Lyft – The driver's guide to bonuses] was in effect on November 20, 2019.

**ANSWER:**

17e  The policies and conditions contained in Ex. 39 [Lyft – The driver's guide to bonuses] were in effect on November 21, 2019.

**ANSWER:**

18a  On or prior to January 3, 2017, Ex. 40 [*Lyft – Ride by ride, you're creating the world's best transportation*] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

18b  The information and data contained in Ex. 40 [*Lyft – Ride by ride, you're creating the world's best transportation*] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

18c  Ex. 40 [*Lyft – Ride by ride, you're creating the world's best transportation*] is accessible on Lyft's website.

**ANSWER:**

19a  On or prior to November 16, 2017, Ex. 41 [*Lyft – Drive with Lyft and You'll Go Places*] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

19b  The information and data contained in Ex. 41 [*Lyft – Drive with Lyft and You'll Go Places*] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

19c  Ex. 41 [*Lyft – Drive with Lyft and You'll Go Places*] is accessible on Lyft's website.

**ANSWER:**

19d  The policies and conditions contained in Ex. 41 [*Lyft – Drive with Lyft and You'll Go Places*] were in effect on November 21, 2019.

**ANSWER:**

20a  On or prior to June 19, 2019, Ex. 42 [*Lyft – Ratings and cancellations*] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

20b  The information and data contained in Ex. 42 [*Lyft – Ratings and cancellations*] was created by, or at the direction of, Lyft for Lyft's business.

**ANSWER:**

20c  Ex. 42 [*Lyft – Ratings and cancellations*] is accessible on Lyft's website.

**ANSWER:**

20d The policies and conditions contained in Ex. 42 [*Lyft – Ratings and cancellations*] were in effect on November 21, 2019.

**ANSWER:**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CLEON SHUMAKER | ) | |
| | ) | Hon. Judge Dow |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 21-cv-04267 |
| | ) | |
| LYFT, INC. and LYFT ILLINOIS, INC. | ) | |
| | ) | |
| Defendants, | ) | |

## CERTIFICATE OF SERVICE

TO: See attached Service List

    I certify that, on the 5th day of AUGUST, 2022, I electronically filed **Plaintiff's F.R.C.P.36 to Defendant Lyft** with the Clerk of the Northern District of Illinois using the CM/ECF System (Next Gen) which will send notification of such filing to the attorneys listed on the attached Service List. On August 5, 2022, I also emailed the aforementioned document to the persons listed on the Service List.

                                                /s/Bryan J. O'Connor
                                                Bryan O'Connor, ARDC #6285062
                                                One of the Attorneys for Plaintiff

WHITESIDE & GOLDBERG, LTD.
155 N Michigan Ave, Suite 540
Chicago, IL 60601
Phone: (312) 334-6875
boconnor@wglawgroup.com

**Service List**
*Shumaker v Lyft, et. al. (21 cv 04267)*

**Defendants - Lyft, Inc.; and Lyft, Illinois, Inc.**
James Maruna
CASSIDAY SCHADE LLP
222 W. Adams St., #2900
Chicago, IL 60606
jmaruna@cassiday.com


**Defendant - Robert Lewis**
Jeffrey S. Greenbaum and Michael P. Stauder
CHILTON YAMBERT PORTER LLP
303 West Madison Street, Suite 2300
Chicago, Illinois 60606
jgreenbaum@cyp-law.com
mstauder@cyp-law.com