UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLEON SHUMAKER | ) |
|                 Plaintiff, | ) Hon. Judge Dow |
| v. | ) Case No.: 21-cv-04267 |
| LYFT, INC. and LYFT ILLINOIS, INC. | ) |
|                 Defendants, | ) |

### **F.R.C.P. 30(b)(6) NOTICE OF DEPOSITION TO DEFENDANT LYFT**

**TO**: (1) James Maruna [Cassiday Schade LLP] jmaruna@cassiday.com
(2) Jeffrey Greenbaum [Chilton Yambert Porter LLP] jgreenbaum@cyp-law.com

YOU ARE HEREBY NOTIFIED that pursuant to F.R.C.P. 30(b)(6), Plaintiff will take the deposition (***via ZOOM and recorded via court reporter stenographic and audio recording***) of a designated person from Lyft Inc., to testify concerning the topics listed herein:

**DEPONENT(S)**                                **DATE AND TIME**
Lyft designated Representative            September 22, 2022 @10:00 a.m.

**SUBJECTS:**

1. Lyft's polices and procedures outlined in Ex. 21.
2. Lyft's policies and procedures outlined in Ex. 22.
3. Lyft's policies and procedures outlined in Ex. 24.
4. Lyft's policies and procedures outlined in Ex. 25.
5. Lyft's policies and procedures outlined in Ex. 26.
6. Lyft's policies and procedures outlined in Ex. 27.
7. Lyft's policies and procedures outlined in Ex. 28.
8. Lyft's policies and procedures outlined in Ex. 29.
9. Lyft's policies and procedures outlined in Ex. 30.
10. Lyft's policies and procedures outlined in Ex. 31.
11. Lyft's policies and procedures outlined in Ex. 32.
12. Lyft's policies and procedures outlined in Ex. 34.
13. Lyft's policies and procedures outlined in Ex. 35.
14. Lyft's policies and procedures outlined in Ex. 36.
15. Lyft's policies and procedures outlined in Ex. 37.
16. Lyft's policies and procedures outlined in Ex. 38.
17. Lyft's policies and procedures outlined in Ex. 39.
18. Lyft's policies and procedures outlined in Ex. 40.
19. Lyft's policies and procedures outlined in Ex. 41.

20. Lyft's policies and procedures outlined in Ex. 42.
21. Lyft's policies and procedures outlined in Ex. 48.

                                                            Respectfully submitted,
                                                            WHITESIDE & GOLDBERG
                                                            Attorneys for Plaintiff

                                                            _____
                                                            BRYAN J. O'CONNOR #6285062

WHITESIDE & GOLDBERG, LTD.
155 N. Michigan Ave., Suite 540, Chicago, IL 60601
312-334-6875 (ph) / 800-334-6034 (fax)
boconnor@wglwgroup.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLEON SHUMAKER | ) |
| | ) Hon. Judge Dow |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 21-cv-04267 |
| | ) |
| LYFT, INC. and LYFT ILLINOIS, INC. | ) |
| | ) |
| Defendants, | ) |

## **CERTIFICATE OF SERVICE**

TO: See attached Service List

    I certify that, on the 18th day of AUGUST, 2022, I electronically filed Plaintiff's **Notice of Deposition** with the Clerk of the Northern District of Illinois using the CM/ECF System (Next Gen) which will send notification of such filing to the attorneys listed on the attached Service List. On August 18, 2022, I also emailed the aforementioned motion to the persons listed on the Service List.

                                                                            /s/Bryan J. O'Connor
                                                                            Bryan O'Connor, ARDC #6285062
                                                                            One of the Attorneys for Plaintiff

WHITESIDE & GOLDBERG, LTD.
155 N Michigan Ave, Suite 540
Chicago, IL 60601
Phone: (312) 334-6875
boconnor@wglawgroup.com

# Service List
*Shumaker v Lyft, et. al. (21 cv 04267)*

**Defendants - Lyft, Inc.; and Lyft, Illinois, Inc.**
James Maruna
CASSIDAY SCHADE LLP
222 W. Adams St., #2900
Chicago, IL 60606
jmaruna@cassiday.com


**Defendant - Robert Lewis**
Jeffrey S. Greenbaum and Michael P. Stauder
CHILTON YAMBERT PORTER LLP
303 West Madison Street, Suite 2300
Chicago, Illinois 60606
jgreenbaum@cyp-law.com
mstauder@cyp-law.com