PLAINTIFF'S EXHIBIT 1

| | | |
|---|---|---|
| **Submitted** | **Received via** | **Requester** |
| November 20, 2019 at 7:39 PM | Web Service | Robert Lewis |

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| Closed | Question | High | Safety | Lyftosaurus |

**Help Access Point** — **Customer Email** — **Ride Link**
Driver emergency assistance follow up

**Previous concession this for ride** — **Route Link** — **Phone Number**
No

**Lyft Interaction ID** — **Driver Approved Region** — **App Version** — **Last concession type** — **Account Status**
CHI - Chicago, IL — — — Active Driver

**TS Rating Of Offender** — **Language** — **Contact Phone Operating System & Version**
English — WEB 1

**Contact Phone Brand & Version** — **Driver Vehicle Model** — **Lyft ID** — **Driver Phone**

**Passenger 1 Email** — **Lyft Case ID** — **Vehicle License Number** — **Submission Reason**
Emergency Assistance Request

**TS Date of Incident** — **Driver TOM Link** — **Total passenger rides**
November 20, 2019

**Passenger TOM Link** — **Help Method** — **Passenger Current Region** — **Routed Group**

**Last concession amount** — **Customer Market** — **Driver Email** — **Passenger 1 Phone** — **Driver Vehicle Year**
— CHI - Chicago, IL — — — 2018

**Driver Vehicle Make** — **Time of Incident** — **Passenger 1 Name** — **Resolution Reason**
Nissan — 21:37 — ■■■ — Emergency Assistance Follow up - Auto-close

**Days since last concession** — **Type of Ride** — **Ride ID** — **Region of Ride** — **Communication Channel**
Email

**Date of Ride** — **Total driver rides** — **Driver Current Region** — **Dispatch Type** — **Driver Name**
November 21, 2019 — — — Self — Robert Lewis

**Route ID** — **Driver or Passenger?**
Driver

---

**dev** November 20, 2019 at 7:39 PM — *Internal note*

```
Ride Info

Ride (Rider):
Route (Driver):
Driver name: Robert Lewis
Driver TOM profile:
Rider name: ■■■■■■
Rider TOM profile:
Ride region:

Time of Call: Wednesday, November 20, 2019 at 09:37 PM
Location of Call: (41.7990024, -87.7428308)

This ticket was created because the driver made an emergency call to 911 or the local equivalent.
```

SHUMAKER-LYFT-000136

| Submitted | Received via | Requester |
|---|---|---|
| November 20, 2019 at 7:58 PM | Web Service | |

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| On-hold | Question | High | FNOL Claims | Quin Flemming - FNOL Claims Specialist (Kai) |

| Help Access Point | Passenger 2 Name | Vehicle Drivable | Customer Email |
|---|---|---|---|
| Help Tab | | Yes | |

| Is there Damage to the Vehicle? | T&S Note | Passenger 2 - In Vehicle? | Previous concession this for ride |
|---|---|---|---|
| Yes | 18 | Yes | |

| Route Link | | Phone Number |
|---|---|---|
| | | |

| Lyft Interaction ID | Driver Vehicle State | Driver Approved Region | TS Activation Status | Accident State |
|---|---|---|---|---|
| | | | | IL |

| App Version | Accident Reported Via | Passenger 1 - In Vehicle? | Last concession type | Account Status |
|---|---|---|---|---|
| | Accident reported via app | Yes | | Active Driver |

| TS Rating Of Offender | Language | Accident Country | Contact Phone Operating System & Version |
|---|---|---|---|
| | English | US | WEB 1 |

| Accident Report ID | Contact Phone Brand & Version | Driver Address State | Driver Vehicle Model |
|---|---|---|---|
| | | IL | |

| Lyft ID | Driver Phone | Passenger 1 Email | Ride Originating State | Driver Vehicle Color |
|---|---|---|---|---|
| | | | | Silver |

| Lyft Case ID | Driver or Passenger Deactivation | TS Incident Type | Vehicle License Number |
|---|---|---|---|
| | | Accident | |

| Driver Address ZIP | Send to Riskonnect | Type of Vehicle | Accident City | Submission Reason |
|---|---|---|---|---|
| | | ABG | Chicago | Accident |

| Riskonnect Salesforce ID | TS Date of Incident | Is an escalation? | Driver TOM Link |
|---|---|---|---|
| | November 20, 2019 | | |

| Total passenger rides | Partner | Vehicle Damage Level | Date of Response | Partner Location |
|---|---|---|---|---|
| | | minor | November 21, 2019 | |

| Driver Address Street | Help Method | TS Ride Count | Total time spent (sec) | City of Incident, State |
|---|---|---|---|---|
| | Accident reporting | | | Chicago, IL |

| Routed Group | Last concession amount | Lead | Driver Address City | CCC Total Loss Code |
|---|---|---|---|---|
| | | | | |

| Customer Market | Time spent last update (sec) | Driver Email | Passenger 1 Phone | Manager |
|---|---|---|---|---|
| | | | | |

| Period | Driver Vehicle Year | Vehicle VIN Number | ProjectID | Senior Manager |
|---|---|---|---|---|
| | 2018 | | | |

| Driver Vehicle Make | Time of Incident | Passenger 1 Name | Resolution Reason | Days since last concession |
|---|---|---|---|---|
| Nissan | 21:35 | | | |

| Type of Ride | TS Incident Level | Communication Channel | Vehicle Damage Location |
|---|---|---|---|
| | | Email | front |

SHUMAKER-LYFT-000138

**Additional Accident Details**
Updated: QFlemming Claims Specialist 12/06/2019
-----------------------------------------------------------

CONFIDENTIAL
- PRODUCED SUBJECT TO PROTECTIVE ORDER

=== Accident Report ===

Reporter: passenger

(1) Accident location
5571 IL-50, Chicago, IL 60629, USA

(2) Were you in a ride?
In a ride with passenger(s) in the vehicle

(3) Did anyone file a police report?

(4) What is the police report number?

(5) How many passengers?
2

(6) Were there any injuries?
No

(7) How many people were hurt?
0

(8) How bad was the worst injury?

(9) What injuries were sustained?

(10) How fast was your vehicle going?

(11) How bad was the damage to your vehicle?
Minor damage

(12) Did your airbag deploy?
No

(13) Did you get your car towed?
No

(14) Where was the vehicle towed to?

(15) Were third parties involved in the accident?
No

(16) What was the damage to the third party vehicles?

(17) Was any property damaged in the accident?
No

(18) What was the damage to other property?

(19) Any other information?
- ▇▇▇ called in to report an accident he had while in Lyft driver Robert's vehicle
- stated that the Lyft driver rear ended a bus
- stated that his shoulder hurts a little but he was not injured
- stated that it was him and another passenger in the vehicle named ▇▇▇
- stated that the second passenger is over 65 and he is the primary care taker for her
- passed the phone to Lyft driver Robert
-Robert stated that a vehicle cut him off and he rear ended a bus
-Robert stated that he was not injured
-Robert stated that there is damage to his light and there is no damage to the bus

**Total driver rides**

| Driver Current Region | Driver Name | Route ID | CCC Suggestion Code |
|---|---|---|---|
| CHI - Chicago, IL | Robert Lewis | | |

Internal note

SHUMAKER v. Lyft, Inc.

SHUMAKER-LYFT-000139